| | | | |
|---|---|---|---|
| 04/24/2008 | 21 | | FINDINGS AND RECOMMENDATION as to Javier Herrera-Diaz (2): Recommending that the district judge accept the defendant's plea of guilty. Objections must be filed within 14 days of the date of this order. Signed by Magistrate Judge Anthony J. Battaglia on 4/24/08. (mdc) (Entered: 04/28/2008) |
| 04/24/2008 | 22 | | PLEA AGREEMENT as to Javier Herrera-Diaz (2). (mdc) (Entered: 04/28/2008) |
| 07/01/2008 | 24 | | NOTICE OF ATTORNEY APPEARANCE David Lawrence Katz appearing for USA. (Katz, David) (mdc) (Entered: 07/01/2008) |
| 07/10/2008 | 27 | | SENTENCING SUMMARY CHART by USA as to Javier Herrera-Diaz (Katz, David) (mdc) (Entered: 07/10/2008) |
| 07/14/2008 | 28 | | Minute Entry for proceedings held before District Judge William Q. Hayes: Accept Plea with P.O. Report continued to 7/25/2008 09:30 AM in Courtroom 04 before District Judge William Q. Hayes. (Court Reporter Mauralee Ramirez).(Plaintiff Attorney AUSA Douglas Keehn).(Defendant Attorney FD Norma Aguilar). (ibf) (Entered: 07/14/2008) |
| 07/18/2008 | 30 | | SENTENCING MEMORANDUM by Javier Herrera-Diaz (Attachments: # 1 Proof of Service)(Boltax, Jack) (mdc) (Entered: 07/18/2008) |
| 07/18/2008 | 31 | | SENTENCING SUMMARY CHART by Javier Herrera-Diaz (Attachments: # 1 Proof of Service)(Boltax, Jack) (mdc) (Entered: 07/18/2008) |
| 07/25/2008 | 32 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Javier Herrera-Diaz (Katz, David) Modified on 7/29/2008 - Sent e-mail to atty re multi-event document filing; docketed sentencing memorandum portion as Doc. 36 . (mdc) (Entered: 07/25/2008) |
| 07/25/2008 | 34 | | Minute Entry for proceedings held before Judge William Q. Hayes:Court Accepts Plea of Guilty before Magistrate Judge as Javier Herrera-Diaz (2) Guilty Count 1. Government to file memorandum regarding breach by 8/1/2008. Defense to file response by 8/6/2008. Status Conference/Sentence With Probation Office Report set for 8/8/2008 09:30 AM in Courtroom 04 before Judge William Q. Hayes. (Court Reporter Mauralee Ramirez).(Plaintiff Attorney David Katz, AUSA).(Defendant Attorney Jack Boltax, CJA). (sxd) (Entered: 07/28/2008) |
| 07/25/2008 | 36 | | SENTENCING MEMORANDUM by USA as to Javier Herrera-Diaz (2). (Document was originally filed by USA only as an objection to presentence investigative report, Doc. 32 .) (mdc) (Entered: 07/29/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/06/2008 17:22:32 | | | |
| **PACER Login:** | ol0108 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cr-01123-WQH |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |