| | |
|---|---|
| 1 | JACK J. BOLTAX, Attorney-at-law |
|   | State Bar No.: 105490 |
| 2 | 1202 Kettner Blvd., Suite 6200 |
|   | San Diego, CA 92101 |
| 3 | Tele No.:  (619) 233-5129 |
|   | Fax No.:   (619) 234-9973 |
| 4 | Email:     jboltaxlaw@gmail.com |
| 5 | Attorney for Javier Herrera-Diaz |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

United States of America,　　　　　　　)　Case No.:  08-cr-1123-QWH
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　)　**PROOF OF SERVICE**
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Javier Herrera-Diaz,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　　　)

IT IS HEREBY CERTIFIED THAT:

　　　　I, Jack J. Boltax, am a citizen of the United States, and I am at least eighteen years of age. My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101.  I am not a party to the above-entitled action.  I hereby certify that I have served:

　　　　**1)  RESPONSE TO GOVERNMENT'S OBJECTION TO THE PRESENTENCE REPORT'S & SENTENCING SUMMARY CHART AND SENTENCING MEMORANDUM; MOTION TO STRIKE GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT**

to the following CM/ECF participants in this case:

　　　　　　　David Katz, david.katz@usdoj.gov.

　　　　There are no non-ECF participants on this case to be notified by United States Parcel Service.

1　　　　　　　　　　　　　　　　　　　　　　　　　　　08-cr-1123-QWH

1 | I declare under penalty of perjury that the foregoing is true and correct

2 | Date: August 6, 2008                                        Respectfully submitted,

/s Jack J. Boltax
Jack J. Boltax
Attorney for Javier Herrera-Diaz